IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TANYA M. FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) DOCKET NO.: 2:17-cv-00231-JRG |
| | ) |
| MERIT MEDICAL SYSTEMS, INC., | ) |
| CRYOLIFE, INC., | ) |
| HEMOSPHERE, INC., and | ) |
| HERBERT SLATERY, in his official capacity | ) |
| as Attorney General and Reporter of the State | ) |
| of Tennessee, | ) |
| | ) |
| Defendants. | ) |

## PARTIES' STATUS REPORT

Come the parties, by counsel and pursuant to the Scheduling Order [Doc. No. 25], and provide this status report detailing the progress of the case.

(1) Description of the Case:

This is a products liability case involving a medical device.

(2) Trial Date:

A jury trial was set to begin on January 7, 2020.

(3) Settlement:

Today, the parties have reached a settlement of the case. Settlement documents are being prepared, and an order of dismissal, with full prejudice, will be submitted shortly.

Dated: December 11, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　TANYA M. FREEMAN

By:　　__s/Michael S. Kelley_____
　　　　Michael S. Kelley, BPR No. 014378
　　　　Kennerly, Montgomery & Finley, P.C.
　　　　550 Main Street, Fourth Floor
　　　　Knoxville, TN  37902
　　　　(865) 546-7311; Fax: (865) 524-1773
　　　　mkelley@kmfpc.com
　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　CRYOLIFE, INC.

By:　　__s/ Jimmie C. Miller_____
　　　　Jimmie C. Miller, BPR No. 009756
　　　　Meredith B. Humbert, BPR No. 024512
　　　　HUNTER, SMITH & DAVIS, LLP
　　　　1212 N. Eastman Road
　　　　P. O. Box 3740
　　　　Kingsport, TN  37664
　　　　(423) 378-8852; Fax: (423) 378-8801
　　　　jmiller@hsdlaw.com
　　　　mhumbert@hsdlaw.com
　　　　*Attorneys for Defendant, CryoLife, Inc.*

　　　　　　　　　　　　　　　　　　　　MERIT MEDICAL, INC.

By:　　*s/ William B. Jakes, III*_____
　　　　William B. Jakes, III, BPR No. 010247
　　　　HOWELL & FISHER
　　　　300 James Robertson Parkway
　　　　Nashville, Tennessee 37201
　　　　Office: 615-244-3370
　　　　Direct: 615-921-5208
　　　　bjakes@howell-fisher.com
　　　　*Attorney for Defendant, Merit Medical, Inc.*